Form NOFI

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Rene M Duenas<br>aka Rene Miguel Duenas<br>dba Realty Vision Real Estate Services<br>    Debtor(s) | Case No.: 22–51136 SLJ 7<br>Chapter: 7 |

## NOTICE OF DEFICIENT FILING REGARDING OBSOLETE FORMS AND DISMISSAL OF CASE IN EVENT OF FAILURE TO CURE

The above–captioned case was filed using obsolete and/or outdated forms. The required form as indicated below must be filed to amend each document noted below.

- ☒ Voluntary Petition (Official Form 101)
- ☐ Summary of Schedules (Official Form 106Sum)
- ☐ Statistical Summary of Certain Liabilities (Official Form 106Sum)
- ☐ Declaration Concerning Debtor's Schedules (Official Form 106Dec)
- ☐ Schedule A – Real Property (Official Form 106A/B)
- ☐ Schedule B – Personal Property (Official Form 106A/B)
- ☐ Schedule C – Property Claimed as Exempt (Official Form 106C)
- ☐ Schedule D – Creditors Holding Secured Claims (Official Form 106D)
- ☐ Schedule E – Creditors Holding Unsecured Priority Claims (Official Form 106E/F)
- ☐ Schedule F – Creditors Holding Unsecured Nonpriority Claims (Official Form 106E/F)
- ☐ Schedule G – Executory Contracts and Unexpired Leases (Official Form 106G)
- ☐ Schedule H – Codebtors (Official Form 106H)
- ☐ Schedule I – Current Income of Individual Debtor (Official Form 106I)
- ☐ Schedule J – Current Expenditures of Individual Debtors (Official Form 106J)
- ☐ Schedule J – Current Expenditures of Individual Debtors (for Debtor 2 if separate household, Official Form 106J2 )
- ☐ List of Creditors Holding 20 Largest Unsecured Claims (for individual debtors chapter 11, Official Form 104)
- ☐ Statement of Financial Affairs (Official Form 107)
- ☐ District Approved Chapter 13 Plan (Form NDC 1–1)
- ☐ Other:

**NOTICE IS GIVEN** that unless, within 14 DAYS OF THE DATE OF THIS NOTICE, the required form is filed for each document noted above, the court MAY DISMISS this case without further notice or a hearing.
The debtor(s) may request an extension of time to file the required forms noted above, but must do so within 14 DAYS OF THE DATE OF THIS NOTICE. The request may be filed electronically, mailed, or delivered in person to the court at the address stated below, but it must be received by the court before the 14 days has expired. If an extension is granted and the documents are not filed before the extension expires, the case may be dismissed.

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Official Forms and District Approved Chapter 13 Plan are available at www.canb.uscourts.gov

| | |
|---|---|
| Dated: <u>12/16/22</u> | For the Court:<br><br>Edward J. Emmons<br>Clerk of Court |

United States Bankruptcy Court