United States Bankruptcy Court
Northern District of California

In re:                                            Case No. 22-51136-SLJ
Rene M Duenas                         Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5                      User: admin                                                    Page 1 of 2
Date Rcvd: Mar 21, 2023                  Form ID: NPD                                        Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rene M Duenas, 131 Rose Ct. #8, Campbell, CA 95008-2874 |
| 15457557 | + | Amy Nguyen-Chyung et al., c/o David Hamerslough, Rossi Hamerslough Reischl and Chuck, 1960 The Alameda, Ste. 200, San Jose, CA 95126-1451 |
| 15457559 | + | Dominick and Marilyn Fanelli, c/o Jeffrey P. Widman, esq., Law Offices of Jeffrey P. Widman, 101 Race Street, Ste. 100, San Jose, CA 95126-3041 |
| 15457560 | + | Edward Tran, c/o Peter C Catalanotti, Esq., Freeman Mathis & Gary, LLP, 44 Montgomery Street, Ste. 2080, San Francisco, CA 94104-6702 |
| 15457561 | + | Edward Tran, c/o Quincy Pham, esq., Freeman Mathis & Gary LLP, 44 Montgomery Street, Ste. 2080, San Francisco, CA 94104-6702 |
| 15457564 | + | Rose Court Apartments, 131 Rose Ct., Campbell, CA 95008-2867 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Mar 22 2023 04:23:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Mar 22 2023 04:23:00 | CA Franchise Tax Board, Attn: Special Procedures, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: CALTAXFEE | Mar 22 2023 04:23:00 | State Board of Equalization, Attn: Special Procedures Section, MIC:55, P.O. Box 942879, Sacramento, CA 94279 |
| smg | | EDI: IRS.COM | Mar 22 2023 04:23:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15457558 | + | EDI: CAPITALONE.COM | Mar 22 2023 04:23:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15457562 | | EDI: CALTAX.COM | Mar 22 2023 04:23:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO BOX 2952, Sacramento, CA 95812-2952 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15457563 | * | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 23, 2023            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Doris A. Kaelin | dktrustee@gmail.com  C139@ecfcbis.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Vinod Nichani | on behalf of Debtor Rene M Duenas vinod@nichanilawfirm.com  NichaniVR98323@notify.bestcase.com |
| William J. Healy | on behalf of Plaintiff Amy T Nguyen-Chyung wjhealy7@gmail.com |

TOTAL: 4

Form NPD

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Rene M Duenas<br>  aka Rene Miguel Duenas<br>  dba Realty Vision Real Estate Services<br>    Debtor(s) | Case No.: 22−51136 SLJ 7<br>Chapter: 7 |

## NOTICE OF POSSIBLE DIVIDEND

TO THE DEBTOR AND ALL INTERESTED PARTIES:

   Notice is given that the notice of meeting of creditors advised you that there were no assets in this case. It now appears that a payment of a dividend may be possible.

**Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), creditors may file proofs of claim on or before 6/18/23.**

A proof of claim form, in blank with instructions for completion, is available from the Court at the address listed below, or online at: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx .

   In order to receive a copy of your proof of claim you must:

1. Enclose with your proof of claim one (1) original and one (1) copy of your proof of claim.

2. You must also enclose a self−addressed, postage paid envelope large enough to accommodate your conformed copy of the claim.

3. Please sign and print or type your name clearly underneath your signature.

   Unless all of the above steps are completed, no return conformed copy of your claim will be sent out.

NO FEE FOR FILING CLAIMS

MAIL CLAIMS TO:

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113


Dated: <u>3/20/23</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 18