UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re: DUENAS, RENE M. § Case No. 22-51136-SLJ
§
§
§
Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 12/16/2022. The undersigned trustee was appointed on 12/16/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                $        15,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 53.62 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 14,946.38 |

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/18/2023 and the deadline for filing governmental claims was 06/14/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $2.20 for total expenses of $2.20[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/14/2023                By: /s/ Doris Kaelin
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 22-51136-SLJ
Case Name: DUENAS, RENE M.

Trustee Name: (001750) Doris Kaelin
Date Filed (f) or Converted (c): 12/16/2022 (f)
§ 341(a) Meeting Date: 01/20/2023

For Period Ending: 08/14/2023

Claims Bar Date: 06/18/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Undeveloped Land, AZ 00000-0000, Mohave County, AZ County<br>Parcel #31732272; Section 35 Township, 26N Range, 20W Lake Mohave Ranchos Unit 22, BLK 1 Lot 17 Trustee value per consult with Arizona realtor,. Debtor has available grubstake. | 1,630.86 | 9,369.14 | | 0.00 | FA |
| 2 | 2002 Ford Taurus<br>Trustee accepts Debtor's value of vehicle based on KBB for good condition vehicle, private party sale | 2,167.00 | 0.00 | | 0.00 | FA |
| 3 | Miscellaneous household furniture and goods. | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Books/pictures | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Computer | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Golf clubs | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Checking/Savings Combined: Provident Credit Union #1908<br>Balance verified by Petition Date statement | 3,143.20 | 0.00 | | 0.00 | FA |
| 9 | RealtyVision.com Inc. FTB forfeited, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Rental deposit: Rose Court Apartments (Month to Month rental agreement) | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | California Department of Real Estate Broker License No. 00862567 | Unknown | Unknown | | 0.00 | FA |
| 12 | Cross-complaint vs. The House You Want, Inc. and Edward Tran<br>Pending action filed in Santa Clara County case no. 19CV342101 (pending)Amy T. Nguyen-Chyung et al. vs. Dominick V. Fanelli and Marilyn N. Fanelli et al.. Debtor has filed cross-complaint against plaintiff's realtor for indemnity regarding any damages awarded | Unknown | Unknown | | 0.00 | FA |
| 13 | 2% broker commission for Seller listing<br>As of Petition Date, Debtor had seller listing for 84 N. 9th Street, SJ. The listing expired 2-1-23 but was renewed through 8-1-23. Per Debtor no offers received during the listing period and not renewed. | 26,000.00 | 0.00 | | 0.00 | FA |
| 14 | Avoicance claim/Preference v. Bank of America (u)<br>Per Trustee investigation, Debtor incurred charge on his credit card ending 8141 on or about 9-28-22 in the amount of $15,000 and he paid back $15,000 approximately 64 days later, and approximately 15 days before filing the bankruptcy petition. Funds paid by Bank of Amercia per Trustee demand | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 15 | 2022 State income tax refund (u)<br>Debtor claims $649 refund on his 2022 state tax return. Debtor has available wildcard exemption. | 0.00 | 649.00 | | 0.00 | FA |

Case: 22-51136    Doc# 21    Filed: 09/21/23    Entered: 09/21/23 16:05:03    Page 3 of 10

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| Case No.: | 22-51136-SLJ | Trustee Name: | (001750) Doris Kaelin |
|---|---|---|---|
| Case Name: | DUENAS, RENE M. | Date Filed (f) or Converted (c): | 12/16/2022 (f) |
| | | § 341(a) Meeting Date: | 01/20/2023 |
| For Period Ending: | 08/14/2023 | Claims Bar Date: | 06/18/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 16 | Accrued pre-petition wages paid post-petition (u) Debtor was paid net $1,492.81 for the payroll period 12-4-22 through 12-17-22, with payment on 12-23-22. Debtor has available exemption for the pre-petition wages that accrued as of petition date. | 0.00 | 1,279.55 | | 0.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$37,691.06** | **$26,297.69** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

8-14-23 submit TFR

**Initial Projected Date Of Final Report (TFR):** 12/30/2023    **Current Projected Date Of Final Report (TFR):** 12/30/2023

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 22-51136-SLJ | Trustee Name: | Doris Kaelin (001750) |
|---|---|---|---|
| Case Name: | DUENAS, RENE M. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7547 | Account #: | ******5512 Checking |
| For Period Ending: | 08/14/2023 | Blanket Bond (per case limit): | $47,482,695.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/19/23 | {14} | Bank of America Corp | Recovery of preferential transfer per Trustee demand | 1241-000 | 15,000.00 | | 15,000.00 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.21 | 14,992.79 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 24.02 | 14,968.77 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 22.39 | 14,946.38 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 15,000.00 | 53.62 | $14,946.38 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 15,000.00 | 53.62 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $15,000.00 | $53.62 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-51136-SLJ | **Trustee Name:** | Doris Kaelin (001750) |
| **Case Name:** | DUENAS, RENE M. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7547 | **Account #:** | ******5512 Checking |
| **For Period Ending:** | 08/14/2023 | **Blanket Bond (per case limit):** | $47,482,695.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5512 Checking | $15,000.00 | $53.62 | $14,946.38 |
| | **$15,000.00** | **$53.62** | **$14,946.38** |

# Exhibit C
## Analysis of Claims Register

### Case: 22-51136-SLJ RENE M. DUENAS

Claims Bar Date: 06/18/23

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Doris Kaelin<br>P.O. Box 1582<br>Santa Cruz, CA 95061<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>06/05/23 | | $2,250.00<br>$2,250.00 | $0.00 | $2,250.00 |
| TE | Doris Kaelin<br>P.O. Box 1582<br>Santa Cruz, CA 95061<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>04/27/23 | | $2.20<br>$2.20 | $0.00 | $2.20 |
| 1 | Amy T. NguyenChyung and Abraham Chyung<br>c/o Law Office of William J. Healy<br>748 Holbrook Place, Law Office of William J. Healy, 748 Holbrook Place<br>Sunnyvale, CA 94087<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/23/23 | | $824,613.00<br>$824,613.00 | $0.00 | $824,613.00 |
| | | | **Case Total:** | | **$0.00** | **$826,865.20** |

UST Form 101-7-TFR (5/1/2011)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 22-51136-SLJ
Case Name: RENE M. DUENAS
Trustee Name: Doris Kaelin

**Balance on hand:** $ 14,946.38

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,946.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Doris Kaelin | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - Doris Kaelin | 2.20 | 0.00 | 2.20 |

Total to be paid for chapter 7 administrative expenses: $ 2,252.20
Remaining balance: $ 12,694.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,694.18

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 12,694.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $824,613.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Amy T. NguyenChyung and Abraham Chyung | 824,613.00 | 0.00 | 12,694.18 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 12,694.18 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**