| | | |
|---|---|---|
| 1 | LAW OFFICE OF WILLIAM J. HEALY<br>WILLIAM J. HEALY #146158 | Case Name: In re Rene M. Duenas<br>Case No.: 22-51136 |
| 2 | 748 Holbrook Pl<br>Sunnyvale, CA 94087 | AP Case Name: Amy T. Nguyen-Chyung, et al v.<br>Rene M. Duenas |
| 3 | Tel. (408) 373-4680 | AP Case No.: 23-05012 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 748 Holbrook Pl, Sunnyvale, CA 94087.

On October 13, 2023, I served a copy of:

1. **NOTICE OF MOTION TO DISMISS ADVERSARY PROCEEDING PURSUANT TO FED.R.CIV. 41;**
2. **MOTION TO DISMISS ADVERSARY PROCEEDING PURSUANT TO FED.R.CIV. 41;**
3. **DECLARATION OF WILLIAM J. HEALY RE: NOTICE OF MOTION TO DISMISS ADVERSARY PROCEEDING PURSUANT TO FED.R.CIV. 41;**
4. **(Proposed) ORDER ON MOTION TO DISMISS;**
5. **CERTIFICATE OF SERVICE (AP Only); and**
6. **CERTIFICATE OF SERVICE (Main Case Only)**

BY MAIL, ECF, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

| | |
|---|---|
| All ECF Recipients | VIA ECF |
| See Attached Mailing Matrix From<br>    Main Case (#22-51136)(10/13/2023) | VIA ECF<br>VIA US Mail |
| VINOD NICHANI\|<br>NICHANI LAW FIRM<br>111 North Market Street, Suite 300<br>San Jose, California 95113 | VIA ECF |

I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sunnyvale, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date

1  or postage meter date is more than one day after the date of deposit for mailing in affidavit.

2  I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.   Executed on October 13, 2023, at Sunnyvale, California.

*/s/ William J. Healy*
William J. Healy

| Label Matrix for local noticing<br>0971-5<br>Case 22-51136<br>California Northern Bankruptcy Court<br>San Jose<br>Fri Oct 13 10:04:29 PDT 2023 | Amy Nguyen-Chyung et al.<br>c/o David Hamerslough<br>Rossi Hamerslough Reischl and Chuck<br>1960 The Alameda, Ste. 200<br>San Jose, CA 95126-1451 | Amy T. NguyenChyung and Abraham Chyung<br>c/o Law Office of William J. Healy<br>748 Holbrook Place<br>Law Office of William J. Healy, 748 Holb<br>Sunnyvale, CA 94087-1802 |
|---|---|---|
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Abraham Chyung<br>c/o Law Office of William J. Healy<br>748 Holbrook Pl.<br>Sunnyvale, CA 94087-1802 | Dominick and Marilyn Fanelli<br>c/o Jeffrey P. Widman, esq.<br>Law Offices of Jeffrey P. Widman<br>101 Race Street, Ste. 100<br>San Jose, CA 95126-3041 | Rene M Duenas<br>131 Rose Ct. #8<br>Campbell, CA 95008-2874 |
| Edward Tran<br>c/o Peter C Catalanotti, Esq.<br>Freeman Mathis & Gary, LLP<br>44 Montgomery Street, Ste. 2080<br>San Francisco, CA 94104-6702 | Edward Tran<br>c/o Quincy Pham, esq.<br>Freeman Mathis & Gary LLP<br>44 Montgomery Street, Ste. 2080<br>San Francisco, CA 94104-6702 | Franchise Tax Board<br>Personal Bankruptcy MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 |
| William J. Healy<br>Law Office of William J. Healy<br>748 Holbrook Pl<br>Sunnyvale, CA 94087-1802 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Doris A. Kaelin<br>P.O. Box 1582<br>Santa Cruz, CA 95061-1582 |
| Amy T Nguyen-Chyung<br>c/o Law Office of William J. Healy<br>748 Holbrook Pl<br>Sunnyvale, CA 94087-1802 | Vinod Nichani<br>Nichani Law Firm<br>111 N Market St. #300<br>San Jose, CA 95113-1116 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| Rose Court Apartments<br>131 Rose Ct.<br>Campbell, CA 95008-2867 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | (p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 |
| William J. Healy<br>Law Office of William J. Healy<br>748 Holbrook Place<br>Sunnyvale, CA 94087-1802 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3400 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients      0<br>Total                    21 |
|---|---|---|