**Entered on Docket**
**November 07, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

DORIS A. KAELIN
P.O. BOX 1582
SANTA CRUZ, CA 95061
TELEPHONE: (831) 600-8093
dktrustee@gmail.com
CHAPTER 7 TRUSTEE

**The following constitutes the order of the Court.**
**Signed: November 7, 2023**

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| In Re: | CASE NO. 22-51136-SLJ |
| RENE M. DUENAS, | Chapter 7 |
| Debtor(s). | **ORDER APPROVING TRUSTEE'S FINAL ACCOUNT AND AWARDING FEES AND EXPENSES** |

Doris A. Kaelin, Trustee of the above-referenced estate:

a)     having filed herein the Trustee's Final Report and Proposed Distribution which incorporated trustee's request for compensation and expenses, and

b)     having given to all parties in interest written notice of said report and trustee's request for compensation and expenses, and

c)     pursuant to the Court's Docket Text Order entered November 3, 2023,

IT IS HEREBY ORDERED that the trustee is allowed an amount of $2,250.00 as reasonable compensation and $2.20 as reimbursement of expenses, and

THAT the trustee shall distribute the estate as provided by Section 726 of the Bankruptcy Code.

END OF ORDER

-1-

COURT SERVICE LIST

None